

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### 500 POYDRAS STREET
### NEW ORLEANS, LOUISIANA 70130

Chambers of
Stanwood R. Duval, Jr.
United States District Judge

September 14, 2006

(504) 589-7540
(504) 589-2393 (Fax)

Judge Orterie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:   2005 Financial Disclosure Report

Dear Judge Orterie:

Attached are triplicate originals of the captioned Amended Report.  Please be advised that the items you refer to in your September 8, 2006 letter have been corrected.  As to "Met Life - BRSTLV" located in Part VII, page 4, line 12, these assets are in a widely diverse mutual fund over which I have no control and simply replace some of the assets listed in my 2004 report.

Thank for your attention in this matter.

/csg
Enclosures (3)

q:\carol\duval\finanrpt 05 amended ltr.wpd

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duval, Stanwood R | U.D.S.C., EAST. DIST.LA | 08/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.D.C. ACTIVE JUDGE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras St., Rm. C-368<br>New Orleans, LA 70130 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD OF DIRECTORS | COVENANT HOUSE, NON-PROFIT ORGANIZATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 SEP 20 A 10: 59 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/05 | MetLife IRA/Fixed income from vested pension plan | $ 22,800 |
| 2. 12/31/05 | Harold J. Anderson Lease Acquisitiop, ACC | $ 4,576 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University School of Law "THE GOOD SOCIETY" | April 14-20, 2005. Attended seminar at Tucson, AZ where food and lodging were provided. |
| 2. LSU Law Center Trial Advocacy Training Program | August 8-10, 2005. Participated at Baton Rouge, LA as faculty member where food & lodging were provided. |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 08/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Larry Simon, a lawyer & long time friend, invited me to a quail hunt. | Spent night at Long Leaf Plantation where meals were included. | $ 600.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel #1, Terrebonne Parish, LA | B | Rent | K | W | | | | | |
| 2. Parcel #2, Terrbonne Parish, LA | A | Rent | J | W | | | | | |
| 3. ** Parcel #3, Terrebonne Parish, LA | B | Rent | J | W | | | | | |
| 4. * IN RETIREMENT PLAN | | | | | | | | | |
| 5. FORDOCHE, INC. | C | Interest | K | W | | | | | |
| 6. * METLIFE Fixed Index Fund | E | Interest | N | T | | | | | |
| 7. * MET LIFE - AM G & I | A | Interest | J | T | | | | | |
| 8. * MET LIFE - AM GLBL | A | Interest | J | T | | | | | |
| 9. * MET LIFE - HAROKFV | A | Interest | J | T | | | | | |
| 10. * MET LIFE - HAR LCV | A | Interest | J | T | | | | | |
| 11. * MET LIFE - SSRAUPF | A | Interest | | | SOLD/LIQUID. | | J | | |
| 12. * MET LIFE - BRSTRLV | A | Interest | J | T | | | | | |
| 13. MINERAL INTEREST - TERREBONNE PARISH | A | Royalty | J | W | | | | | |
| 14. MINERAL INTEREST - TERREBONNE PARISH | A | Royalty | J | W | | | | | |
| 15. JUDICIAL & JUSTICE FED.CREDIT UNION | A | Interest | J | T | | | | | |
| 16. *** ▇▇▇▇▇ SEPARATE PROPERTY INVESTMENTS: | | | | | | | | | |
| 17. *** MERRILL LYNCH CMA ACCOUNT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ***JUDICIAL & JUSTICE FED. CREDIT UNION | A | Interest | J | T | | | | | |
| 19. *** ML FUND GROWTH C | B | Interest | L | T | | | | | |
| 20. *** ML GLOBAL ALLOCATION C | C | Interest | K | T | | | | | |
| 21. *** ML GLOBAL SMALLCAP | C | Interest | K | T | | | | | |
| 22. *** VAN KAMPE N COMSTOCK FUND CLASS C | D | Interest | L | T | | | | | |
| 23. *** BLACKROCK MANAGED INC. PTFL CL C | B | Interest | L | T | | | | | |
| 24. CHECKING ACCT, WHITNEY NAT'L BANK | A | Interest | J | T | | | | | |
| 25. SAVINGS ACCT.@ WHITNEY NAT'L BANK | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 08/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) THE ASSETS LISTED IN SECTION VII DESIGNATED WITH A MET LIFE PREFIX ABOVE ARE ALL PRIMARILY IN TWO WIDELY DIVERSE MUTUAL FUNDS OVER WHICH I HAVE NO CONTROL AND SIMPLY REPLACE SOME OF THE ASSETS LISTED IN THE 2004 REPORT.

(2) THE ASSETS DESIGNATED BY ONE ASTERISK (*) REPRESENT MET LIFE IRA ASSETS OVER WHICH I HAVE NO CONTROL AND SIMPLY REPLACE SOME OF THE ASSETS LISTED IN THE 2004 REORT.

(3) THE ASSETS DESIGNED WITH THREE ASTERISKS (***) REPRESENT ASSETS OWNED BY █████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____      Date____9 - 14 - 06____

NOTE: ANY INDI[...]LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL [...]

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2006 | FOR CALENDAR YEAR 2005 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duval, Stanwood R | U.D.S.C., EAST. DIST.LA | 08/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type(check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.D.C. ACTIVE JUDGE | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras St., Rm. C-368 New Orleans, LA 70130 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD OF DIRECTORS | COVENANT HOUSE, NON-PROFIT ORGANIZATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 AUG 14 A 10: 06 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 08/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/03 | MetLife IRA/Fixed income from vested pension plan | $ 22,800 |
| 2. 12/31/03 | Harold J. Anderson Lease Acquisitiop, ACC | $ 4,576 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University School of Law "THE GOOD SOCIETY" | April 14-20, 2005. Attended seminar where food and lodging were provided. |
| 2. LSU Law Center Trial Advocacy Training Program | August 8-10, 2005. Participated as faculty member where food & lodging were provided. |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 08/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Larry Simon, a lawyer & long time friend, invited me to a quail hunt. | Spent night at Long Leaf Plantation where meals were included. | $ 600.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel #1, Terrebonne Parish, LA | B | Rent | K | W | | | | | |
| 2. Parcel #2, Terrbonne Parish, LA | A | Rent | J | W | | | | | |
| 3. ** Parcel #3, Terrebonne Parish, LA | B | Rent | J | W | | | | | |
| 4. * IN RETIREMENT PLAN | | | | | | | | | |
| 5. FORDOCHE, INC. | C | Interest | K | W | | | | | |
| 6. * METLIFE Fixed Index Fund | E | Interest | N | T | | | | | |
| 7. * MET LIFE - AM G & I | A | Interest | J | T | | | | | |
| 8. * MET LIFE - AM GLBL | A | Interest | J | T | | | | | |
| 9. * MET LIFE - HAROKFV | A | Interest | J | T | | | | | |
| 10. * MET LIFE - HAR LCV | A | Interest | J | T | | | | | |
| 11. * MET LIFE - SSRAUPF | A | Interest | | | SOLD/LIQUID. | | J | | |
| 12. * MET LIFE - BRSTRLV | A | Interest | J | | | | | | |
| 13. MINERAL INTEREST - TERREBONNE PARISH | A | Royalty | J | W | | | | | |
| 14. MINERAL INTEREST - TERREBONNE PARISH | A | Royalty | J | W | | | | | |
| 15. JUDICIAL & JUSTICE FED.CREDIT UNION | A | Interest | J | T | | | | | |
| 16. *** ████████ SEPARATE PROPERTY INVESTMENTS: | | | | | | | | | |
| 17. *** MERRILL LYNCH CMA ACCOUNT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ***JUDICIAL & JUSTICE FED. CREDIT UNION | A | Interest | J | T | | | | | |
| 19. *** ML FUND GROWTH C | B | Interest | L | T | | | | | |
| 20. *** ML GLOBAL ALLOCATION C | C | Interest | K | T | | | | | |
| 21. *** ML GLOBAL SMALLCAP | C | Interest | K | T | | | | | |
| 22. *** VAN KAMPE N COMSTOCK FUND CLASS C | D | Interest | L | T | | | | | |
| 23. *** BLACKROCK MANAGED INC. PTFL CL C | B | Interest | L | T | | | | | |
| 24. CHECKING ACCT, WHITNEY NAT'L BANK (JOINT) | A | Interest | J | T | | | | | |
| 25. SAVINGS ACCT.@ WHITNEY NAT'L BANK (JOINT) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1)   THE ASSETS LISTED IN SECTION VII DESIGNATED WITH A MET LIFE PREFIX ABOVE ARE ALL PRIMARILY IN TWO WIDELY DIVERSE MUTUAL FUNDS OVER WHICH I HAVE NO CONTROL AND SIMPLY REPLACE SOME OF THE ASSETS LISTED IN THE 2004 REPORT.

(2)   THE ASSETS DESIGNATED BY ONE ASTERISK (*) REPRESENT MET LIFE IRA ASSETS OVER WHICH I HAVE NO CONTROL AND SIMPLY REPLACE SOME OF THE ASSETS LISTED IN THE 2004 REORT.

(3) THE ASSETS DESIGNED WITH THREE ASTERISKS (***) REPRESENT ASSETS OWNED BY

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date\_\_\_\_ *August 11, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544